1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
6       FAX: (415) 436-6748
        Email: victoria.carradero@usdoj.gov
7
   Attorneys for the DEA
8
   JOHN PLOTZ
9       22621 Mossy Rock Dr.
        Hayward, CA 94541
10      Tel. (510) 581-7007
        Email: johnplotz@pobox.com
11
   Plaintiff, Pro Se
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOHN PLOTZ, | Case No. C 14-0994 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES** |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, | Dept:<br>Judge: |
| Defendant. | |

1     Plaintiff John Plotz ("Plaintiff") and Defendant the Drug Enforcement Administration
2 ("Defendant"), hereby stipulate as follows:
3     WHEREAS this Freedom of Information Act case was recently assigned within the U.S.
4 Attorney's Office.
5     WHEREAS the Assistant United States Attorney assigned to the case is going on extended leave
6 and the matter is being reassigned to another attorney.
7     WHEREAS Defendant's counsel requires more time to look into Plaintiff's allegations and
8 discuss the matter with Plaintiff.
9     ACCORDINGLY, the parties hereby agree and stipulate to a continuance of case deadlines in
10 this matter as follows, and request that the Court order the same:

| | | |
|---|---|---|
| 11 | June 3, 2014: | DEA's response to the Complaint due |
| 12 | June 13, 2014: | ADR stipulation due |
| 13 | June 27, 2014: | Case Management Statement due |
| 14 | July 11, 2014: | Case Management Conference |

15   **SO STIPULATED.**

16 DATED: April 8, 2014                     Respectfully submitted,

17                                          MELINDA HAAG
                                            United States Attorney
18
                                            */s/ Electronic Signature Authorized*
19                                          VICTORIA R. CARRADERO
                                            Assistant United States Attorney
20                                          Attorneys for the DEA
21

22 DATED: April 8, 2014                     PLAINTIFF
                                            JOHN PLOTZ
23
                                            */s/ Electronic Signature Authorized*
24                                          JOHN PLOTZ
                                            Pro Se
25

26 *I, Victoria R. Carradero, attest that I have obtained concurrence in the filing of this document from
   Plaintiff John Plotz.
27
                                            /s/
28                                          Victoria R. Carradero

Stipulation and ~~Proposed~~ Order
14-0994 JST                              2

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   The following revised deadlines apply to this case:

3   June 3, 2014:        DEA's response to the Complaint due

4   June 13, 2014:       ADR stipulation due

5   July 9, 2014:        Case Management Statement due

6   July 23, 2014:       Case Management Conference

8   DATED: April 8, 2014



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

Stipulation and ~~Proposed~~ Order
14-0994 JST                              3