MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for the Drug Enforcement Administration

JOHN PLOTZ
    22621 Mossy Rock Drive
    Hayward, CA 94541
    Telephone: (510) 581-7007
    Email:  johnplotz@pobox.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PLOTZ,<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>    Defendant. | Case No. 14-00994 JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  Plaintiff, John Plotz, and Defendant, the Drug Enforcement Administration ("DEA"), hereby stipulate as follows:

WHEREAS Plaintiff and Defendant have conferred about this case arising under the Freedom of Information Act, 5 U.S.C. § 552, as amended, and believe that it may be possible for the parties to resolve this matter amicably without the need for further litigation.

WHEREAS the parties require additional time to confirm the terms of their agreement and prepare a stipulation of dismissal, and believe that it would best conserve their resources to extend the current deadline of June 3, 2014, for DEA to answer or otherwise respond to the Complaint in light of the potential settlement of this case.

WHEREAS the parties have sought one prior time modification request.  ECF No. 11.

WHEREAS other than the deadline for DEA to file its response to the Complaint, the parties do not seek to extend any of the other deadlines in the Court's April 8, 2014, Order (ECF No. 15).

ACCORDINGLY, the parties hereby agree and stipulate to a continuance of the deadline for DEA to file its response to the Complaint from June 3, 2014, to June 13, 2014, and request that the Court order the same.

**SO STIPULATED.**

DATED: June 3, 2014                    Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                        /s/ *Michelle Lo*
                                       MICHELLE LO
                                       Assistant United States Attorney
                                       Attorneys for the Drug Enforcement
                                       Administration


DATED: June 3, 2014                    PLAINTIFF JOHN PLOTZ

                                        /s/ *Electronic Signature Authorized*
                                       JOHN PLOTZ
                                       Pro Se

*I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from Plaintiff John Plotz.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
C 14-00994 JST                         2

1
                                            /s/ *Michelle Lo*
                                            Michelle Lo

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The following revised deadlines apply to this case:

| | |
|---|---|
| June 13, 2014: | DEA's response to the Complaint due |
| June 13, 2014: | ADR stipulation due |
| July 9, 2014: | Case Management Statement due |
| July 23, 2014: | Case Management Conference |

DATED:  June 3, 2014

                                         The Hon[orable]
                                         United St[ates]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Jon S. Tigar]*