1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  MICHELLE LO (NY Bar No. 4325163)
   Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, CA 94102
          Telephone: (415) 436-7200
6         Facsimile:  (415) 436-6748
          Email:  Michelle.Lo@usdoj.gov
7
8  Attorneys for the Drug Enforcement Administration

9  JOHN PLOTZ
          22621 Mossy Rock Drive
10        Hayward, CA 94541
          Telephone: (510) 581-7007
11        Email:  johnplotz@pobox.com

12 Plaintiff, Pro Se

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN FRANCISCO DIVISION
16

17 JOHN PLOTZ,                              Case No. 14-00994 JST

18          Plaintiff,                      **STIPULATION AND [PROPOSED]
                                            ORDER RE SETTLEMENT AND
19     v.                                   DISMISSAL WITH PREJUDICE**

20 DRUG ENFORCEMENT ADMINISTRATION,

21          Defendant.

22

STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 14-00994 JST                                1

Plaintiff, John Plotz, and Defendant, the Drug Enforcement Administration, hereby enter into this Stipulation and [Proposed] Order Re Settlement and Dismissal With Prejudice ("Stipulation"), as follows:

1. Defendant shall pay $429.40 (four hundred twenty-nine dollars and forty cents) to Plaintiff in full and complete satisfaction of Plaintiff's claims for costs and litigation expenses under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiff's claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest. Payment of this money will be made by electronic funds transfer or check promptly after notification of the Court's entry of this Stipulation and after receipt of necessary information from Plaintiff in order to effectuate the payment.

2. Upon the execution of this Stipulation, Plaintiff, having received the records he requested, hereby releases and forever discharges Defendant, its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiff asserts or could have asserted in this litigation, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the FOIA request on which this action is based or any other matter alleged in the Complaint, including but not limited to all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

3. The provisions of California Civil Code Section 1542 are set forth below:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiff, having been apprised of the statutory language of Civil Code Section 1542, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiff understands that, if the facts concerning any injuries, liability for damages pertaining thereto, or liability for

1  attorneys' fees, costs or litigation expenses are found hereafter to be other than or different than the facts
2  now believed by him to be true, the Stipulation shall be and remain effective notwithstanding such
3  material difference.

4      4. Execution of this Stipulation and its approval by the Court shall constitute dismissal of
5  this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

6      5. The parties acknowledge that this Stipulation is entered into solely for the purpose of
7  settling and compromising any remaining claims in this action without further litigation, and it shall not
8  be construed as evidence or as an admission on the part of Defendant, the United States, its agents,
9  servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any
10 allegation or claim raised in this action, or as evidence or as an admission by the Defendant regarding
11 Plaintiff's entitlement to attorneys' fees, costs, or other litigation expenses under FOIA.  This
12 Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or
13 proceeding involving Defendant.

14      6. This Stipulation is binding upon and inures to the benefit of the parties hereto and their
15 respective successors and assigns.

16      7. If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the
17 validity, legality, and enforceability of the remaining provisions shall not in any way be affected or
18 impaired thereby.

19      8. This Stipulation shall constitute the entire agreement between the parties, and it is
20 expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the
21 parties hereto.  The parties further acknowledge that no warranties or representations have been made on
22 any subject other than as set forth in this Stipulation.

23      9. The persons signing this Stipulation warrant and represent that they possess full authority
24 to bind the persons on whose behalf they are signing to the terms of the Stipulation.

25      10. This Stipulation may not be altered, modified or otherwise changed in any respect except
26 in writing, duly executed by all of the parties or their authorized representatives.

27 //

28

1    11.    The Stipulation may be executed in counterparts and is effective on the date by which both parties have executed the Stipulation.

SO STIPULATED AND AGREED.

DATED: June 11, 2014                    Respectfully submitted,

MELINDA HAAG
United States Attorney

 /s/ *Michelle Lo*
MICHELLE LO
Assistant United States Attorney

Attorneys for the Drug Enforcement Administration

DATED: June 11, 2014                    PLAINTIFF JOHN PLOTZ

 /s/ *Electronic Signature Authorized*
JOHN PLOTZ
Pro Se

*I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from Plaintiff John Plotz.

 /s/ *Michelle Lo*
Michelle Lo

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 12, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 14-00994 JST                              4